WILLIAM VANDERBILT, Respondent, v. HOWARD DARLING et al., Appellants. — Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a taxicab negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LULA VANDERBILT, Respondent, v. HOWARD DARLING et al., Appellants. — Same decision and like cause of action as in companion case of Vanderbilt v. Darling (ante, p. 938.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

PAUL RADTKE, Respondent, v. EUGENE FLECK, Appellant. — Order affirmed, with costs to the respondent to abide the event. All concur. (The order sets aside the verdict of a jury in favor of defendant for no cause of action and grants a new trial in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GERALD C. DAVIS, Appellant, v. RICHARD L. FARNHAM, as Administrator of the Estate of JAMES H. SEE, Deceased, Respondent. — Judgment and order affirmed, without costs of this appeal to either party. All concur, except Cunningham, P. J., and Harris, J., who dissent and vote for reversal and for granting a new trial in the following memorandum: It was error for the Trial Judge to instruct the jury that it could not consider the speed of the defendant's intestate in determining his negligence, unless the intestate knew that the wheel that came off was defective. The intestate's car at the time of the accident was nine years old and the jury might have found that it was reckless for the intestate to drive a lightly constructed car, nine years old, at a speed of fifty miles an hour. The question of the speed of defendant's intestate's car and its causal connection with the accident were questions of fact for the jury. (Restatement, Torts [Negligence], §§ 434, 435, comment c, p. 1172; Martin v. Herzog, 228 N. Y. 164; Hart v. Ruduk, 233 App. Div. 453; Day v. Johnson, 265 App. Div. 383; Slavik v. Cab Transportation Corp., 267 App. Div. 98; Sesselmann v. Metropolitan Street R. Co., 76 App. Div. 336; Di Carlo v. Feldman, 246 App. Div. 682.) (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

MERLE E. JACOBS, as Administrator of the Estate of HENRY A. JACOBS, Deceased, Respondent, v. ELLA L. JACK, Appellant. — Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See post, p. 1034.]